# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00793-PAB-MEH

**DEVIN BANTON,** individually, and on behalf of all others similarly situated,

       Plaintiffs,

**v.**

**THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,** by and on behalf of the **COLORADO STATE UNIVERSITY**;

       Defendant.

___

## JOINT MOTION TO SET SETTLEMENT CONFERENCE
___

The parties, through their counsel of record, hereby move the Court to schedule a settlement conference to occur in December 2019, and state as follows:

**Compliance With D.C.COLO.LCivR 7.1 (A)**:  Plaintiff's counsel consulted with Defendant's counsel, who authorized this motion to be jointly made.

1.    On March 22, 2019, the parties participated in a Settlement Conference with Magistrate Judge Hegarty, which resulted in an agreement to settle the claims in this action. ECF No. 60.

2.    The parties' agreement contemplates a 45-day notice period, which commenced on July 29, 2019, during which Class Members have the opportunity to file claims, opt out, or object to the settlement, to be followed by a 60-day period of informal negotiation between the parties. ECF No. 68-1 at 1.

3.    The parties have agreed to submit any issues that are not resolved during informal negotiations to Magistrate Judge Hegarty during a second settlement conference. *Id.*

4. The Final Fairness Hearing is scheduled for January 28, 2020, and the parties' Joint Motion for Final Approval is due by January 14, 2020. ECF No. 74.

5. The parties have conferred, and agree that it is unlikely that the Court will have a full day available for a settlement conference prior to the date on which their Joint Motion for Final Approval is due if the parties wait until the end of the informal negotiation period – November 15, 2019 – to schedule the second settlement conference. As such, they respectfully ask that the conference be set at this time, to occur in December 2019.

6. If the parties are able resolve all of the issues in the case through informal negotiation, they will promptly notify the Court.

WHEREFORE, the parties respectfully ask the Court to set a scheduling conference to occur in December 2019.

DATED this 26th day of August, 2019.

*/s/ Adam M. Harrison*                                         */s/ Heather K. Kelly*
_____          _____
David H. Miller                                                    HEATHER K. KELLY
Adam M. Harrison                                              Assistant Attorney General
SAWAYA & MILLER LAW FIRM                       Civil Litigation and Employment Law
1600 Ogden Street                                              Section
Denver, Colorado 80218                                     1300 Broadway, 10th Floor
*Attorneys for Plaintiff*                                        Denver, Colorado 80203
                                                                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August, 2019, I filed the foregoing Motion through the Court's CM/ECF system, generating a true and accurate copy to all counsel of record.

*/s/ Adam M. Harrison*
_____
Adam M. Harrison