IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 18-cv-00793-PAB-MEH

DEVIN BANTON, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, by and on behalf of the COLORADO STATE UNIVERSITY,

    Defendant.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge [Docket No. 105]. Magistrate Judge Michael E. Hegarty recommends that the Court grant plaintiff's Unopposed Motion for Final Certification of FLSA Collective and Final Approval of Collective Action Settlement [Docket No. 96] and plaintiff's Unopposed Motion Seeking Approval of Attorneys' Fees, Costs, and Service Award [Docket No. 97].

On February 26, 2020, the magistrate judge held a fairness hearing on plaintiff's motions. Docket No. 104. On February 27, he issued a recommendation recommending that the Court grant plaintiff's motions. Docket No. 105 at 1. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). Neither party has objected to the recommendation. In the absence of an objection, the district

court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation and is satisfied that certification of the collective action is appropriate, that the proposed settlement is fair and reasonable, and that the award of attorney's fees is reasonable. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 105] is **ACCEPTED**. It is further

**ORDERED** that the Unopposed Motion for Final Certification of FLSA Collective and Final Approval of Collective Action Settlement [Docket No. 96] is **GRANTED**. It is further

**ORDERED** that the Unopposed Motion Seeking Approval of Attorneys' Fees, Costs, and Service Award [Docket No. 97] is **GRANTED**. It is further

**ORDERED** that the Unopposed Motion for Status Conference [Docket No. 106] is **DENIED** as moot. It is further

**ORDERED** that this case is dismissed without prejudice. Within fifteen days of this order, the parties shall notify the Court whether the settlement has been funded pursuant to the terms of the settlement agreement. Once the settlement is funded, the

Court will enter an order dismissing the case with prejudice.  It is further

**ORDERED** that the Court retains jurisdiction over this case for the limited purpose of enforcing the parties' settlement agreement until the settlement is funded and the case is dismissed with prejudice.

DATED May 12, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge