**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00793-PAB-MEH

**DEVIN BANTON,** individually, and on behalf of all others similarly situated,

Plaintiff,

**v.**

**THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,** by and on behalf of the **COLORADO STATE UNIVERSITY**,

Defendant.

---

**JOINT STATUS REPORT REGARDING PAYMENTS TO CLASS MEMBERS AND READINESS OF CASE FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff and Defendant, through their respective counsel of record and pursuant to the Court's Order dated May 12, 2020 (ECF No. 107), submit the following Status Report to inform the Court that the case is now ready to be dismissed with prejudice.

1. Pursuant to D.C.COLO.LCivR 7.1 (A), the undersigned certify that this Status Report is filed on behalf of both parties.

2. On February 5, 2020, Plaintiff's counsel filed an unopposed motion seeking final approval of the parties' class action settlement. As part of that motion, Plaintiff requested that the case be dismissed with prejudice. ECF No. 96.

3. On May 12, 2020, the Court entered an Order accepting the Magistrate Judge's recommendation that the Plaintiff's Motion be granted, dismissing the case without prejudice, and

ordering the parties to inform the Court when the settlement had been funded, at which time the Court would dismiss the case with prejudice. ECF No. 107.

4. Class Counsel has confirmed that all of the Class Members have been paid in accordance with the settlement, except for one individual who recently passed away. The parties have conferred over several weeks about the payment for the deceased individual. Pursuant to that conferral, Defendant provided Class Counsel with the funds for the individual, and Class Counsel has agreed to hold those funds in trust until the individual's heirs (with whom Class Counsel has been in contact), are able to take possession of such funds on behalf of the estate.

5. Having now achieved full funding of the settlement, the parties respectfully ask the Court to dismiss this case with prejudice.

DATED this 31st day of July, 2020.

Respectfully submitted,

/s/ Adam M. Harrison

David H. Miller
Adam M. Harrison
Sawaya & Miller Law Firm
1600 Ogden Street
Denver, CO 80218
303.839.1650
dhmiller@sawayalaw.com
aharrison@sawayalaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of July, 2020, I filed the foregoing Status Report through the Court's CM/ECF system, generating a true and accurate copy to all counsel of record.

*/s/ Adam M. Harrison*

Adam M. Harrison